UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KINGS ROAD INVESTMENTS LTD.,

        Plaintiff,

v.

GLOBAL POWER EQUIPMENT GROUP INC.,

        Defendant.

------------------------------------------------------------x

06 CV 3433

Civ. No.: _____ JUDGE JONES

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kings Road Investments Ltd. (a private non-governmental party), certifies that Polygon Global Opportunities Master Fund is the parent of Kings Road Investments Ltd., certifies that Polygon Global Opportunities Fund LP and Polygon Global Opportunities Fund are the parents of Polygon Global Opportunities Master Fund, and certifies that no publicly held corporation owns 10% or more of the stock of any of the foregoing.

Dated: New York, New York
      May 4, 2006

SCHULTE ROTH & ZABEL LLP

By: _____
    Alan R. Glickman (ARG-0927)
    Gregory A. Kasper (GAK-6596)

919 Third Avenue
New York, New York 10022
(212) 756-2000

Attorneys for Kings Road Investments Ltd.

10131700.1