# AFFIDAVIT OF SERVICE

**State of New York**          **County of**          **Southern District Court**

Index Number: 06-CV-3433
Date Filed: _____

Plaintiff:
**Kings Road Investments LTD.,**
vs.
Defendant:
**Global Power Equipment Group Inc.**

For:
Torres Jenique
Rapid & Reliable Attorney Service, Inc.
160 Broadqay, Suite 603
New York, NY 10038

Received by Watson & Associates on the 8th day of May, 2006 at 12:18 pm to be served on **GLOBAL POWER EQUIPMENT GROUP INC. 16120 South Yale, Suite 1480, Tulsa, Ok 74136.**

I, Larry Watson PSS-04-85, being duly sworn, depose and say that on the 8th day of May, 2006 at 1:38 pm, I:

Served the within named corporation by delivering a true copy of the Summons and Complaint with the date and hour of service endorsed thereon by me to Reynolds Brousseau as CEO\President of the within named corporation, in compliance with State Statutes.

Additional Information pertaining to this Service:
Race White, Age 54, Weight 120, Height 5-6, Hair Salt and Pepper, No glasses

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Notary Public
State of Oklahoma
GERALDINE WATSON
TULSA COUNTY
COMMISSION #05009784
Comm. Exp. 10-21-2009

Larry Watson PSS-04-85
PSS-04-85

Subscribed and Sworn to before me on the 9th day of May, 2006 by the affiant who is personally known to me.

Geraldine Watson
NOTARY PUBLIC

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/8/2006 |
| NAME OF SERVER (PRINT) LARRY WATSON | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE / REYNOLDS BROUSSEAU AS CEO/PRESIDENT 6120 SOUTH YALE, SUITE 1980, TULSA, OK 74136
PHYSICAL RACE: WHITE, AGE: 54, HEIGHT 5-6, WIEGHT: 120, HAIR SALT/PEPPER

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/8/2006
              Date

Signature of Server

3804 S 28th West Ave
Address of Server
Tulsa, OK 74107

Notary Public
State of Oklahoma
GERALDINE WATSON
TULSA COUNTY
COMMISSION #05009784
Comm. Exp. 10-21-2009

Geraldine Watson

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE        }
                         } ss.
COUNTY OF NEW CASTLE     }


I, Carey M. Shea, of the State of Delaware, County of New Castle, being duly sworn, says that on the 8th day of May, 2006, at 1:40 p.m., I personally served a copy of a SUMMONS, COMPLAINT, JUDGES RULES & ELECTRONIC CASE RULES on **GLOBAL POWER EQUIPMENT GROUP INC.**, by serving its registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, DE 19801.


Name of individual accepting service: Scott LaScala.
Description of individual accepting: White male, 150-170 lbs, 5'7"-5'9" with brown hair.

_____

Subscribed and sworn before me
This 8th day of May, 2006

_____
Notary Public

My commission expires:

SEAN L. KENNEDY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 21, 2010