UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

KINGS ROAD INVESTMENTS LTD.,

        Plaintiff,

v.

GLOBAL POWER EQUIPMENT GROUP INC.,

        Defendant.

---------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/06
```

06 Civ. 3433 (BSJ)

**STIPULATION AND ORDER**

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that the time of Defendant Global Power Equipment Group Inc. to respond to the Complaint in the above captioned action is hereby extended to and including June 19, 2006.

Dated: New York, New York
       May 23, 2006

SHULTE ROTH & ZABEL LLP

By: _____
   Alan R. Glickmann (ARG-0927)
   Gregory A. Kasper (GAK-6596)
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for Kings Road Investments Ltd.*

WHITE & CASE LLP

By: _____
   Glenn M. Kurtz (GMK-6272)
   Andrew W. Hammond (AWH-0415)
   Martin S. Bloor (MSB-9307)
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for Global Power Equipment Group Inc.*

SO ORDERED:
_____
U.S.D.J
Barbara S. Jones
       Dated: 5/25/06

NEWYORK 5599959 v1 (2K)