UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
KINGS ROAD INVESTMENTS LTD.,                                        :
                                                                    :
                            Plaintiff,                              :
                                                                    :
              v.                                                    :   06 Civ. 3433 (BSJ)
                                                                    :
GLOBAL POWER EQUIPMENT GROUP INC.,                                  :
                                                                    :
                            Defendant.                              :
                                                                    :
                                                                    :
------------------------------------------------------------------- X

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT GLOBAL POWER EQUIPMENT GROUP INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Global Power Equipment Group Inc. ("GPEG") states that GPEG has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       June 19, 2006

**WHITE & CASE** LLP

By:     /s/ Andrew W. Hammond
        Glenn M. Kurtz (GK-6272)
        Andrew W. Hammond (AH-0415)
        Martin S. Bloor (MB-9307)
1155 Avenue of the Americas
New York, New York  10036-2787
Tel:    212 819 8200
Fax:    212 354 8113

*Attorneys for Defendant Global Power Equipment Group Inc.*