```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
KINGS ROAD INVESTMENTS, LTD.,      :
                                   :
              Plaintiff,           :
                                   :       ORDER
     -against-                     :
                                   :       06 Civ. 3433 (BSJ)(MHD)
GLOBAL POWER EQUIPMENT,            :
                                   :
              Defendant.           :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

A pre-trial conference has been scheduled in the above-captioned action on **MONDAY, JULY 10, 2006 at 3:00PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:**  New York, New York
         June 26, 2006

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Alan R. Glickman, Esq.
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022

Andrew W. Hammond, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036