```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
KINGS ROAD INVESTMENTS, LTD.,      :
                                   :
              Plaintiff,           :
                                   :        ORDER
              -against-            :
                                   :        06 Civ. 3433 (BSJ)(MHD)
GLOBAL POWER EQUIPMENT,            :
                                   :
              Defendant.           :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

On the condition that plaintiff files its proposed summary judgment motion by no later than July 24, 2006, we will issue no pretrial scheduling order at this time.

**DATED:** New York, New York
       July 12, 2006

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Alan R. Glickman, Esq.
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022

Andrew W. Hammond, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036