UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
KINGS ROAD INVESTMENTS LTD.,

        Plaintiff,        Civ. No.: 06 Civ. 3433 (BSJ) (ECF)

        v.

GLOBAL POWER EQUIPMENT GROUP INC.,

        Defendant.
---------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying affirmation of Gregory A. Kasper Esq., sworn to on July 24, 2006, and the exhibits thereto, the accompanying memorandum of law, and all prior pleadings and proceedings herein, plaintiff Kings Road Investments Ltd. ("Kings Road") will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 18B, at a date and time to be determined by this Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Kings Road and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 24, 2006

SCHULTE ROTH & ZABEL LLP

By: s/ Alan R. Glickman_____
    Alan R. Glickman (AG-0927)
    Gregory A. Kasper (GK-6596)

919 Third Avenue
New York, New York 10022
(212) 756-2000

Attorneys for Kings Road Investments Ltd.