Jones, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KINGS ROAD INVESTMENTS LTD.,

        Plaintiff,

        v.                                    06 Civ. 3433 (BSJ)

GLOBAL POWER EQUIPMENT GROUP INC.,     **STIPULATION AND ORDER**

        Defendant.

----------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that, subject to approval of this Court, (i) Defendant Global Power Equipment Group Inc. will have until and including August 21, 2006 to file an opposition to the Motion for Summary Judgment filed by Plaintiff Kings Road Investment Ltd. on July 24, 2006, and (ii) that Plaintiff Kings Road Investments Ltd. will have until and including September 11, 2006 to file a reply to Defendant Global Power Equipment Group's opposition to the Motion for Summary Judgment.

Dated: New York, New York
       July 27, 2006

SCHULTE ROTH & ZABEL LLP            WHITE & CASE LLP

By: _____            By: _____
  Alan R. Glickman (AG-0927)              Glenn M. Kurtz (GK-6272)
  Gregory A. Kasper (GK-6596)            Andrew W. Hammond (AH-0415)
919 Third Avenue                             Martin S. Bloor (MB-9307)
New York, New York 10022              1155 Avenue of the Americas
(212) 756-2000                                New York, New York 10036
                                                (212) 819-8200
*Attorneys for Kings Road Investments Ltd.*   *Attorneys for Global Power Equipment Group Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/31/06

**SO ORDERED:**

_____
U.S.D.J.

Barbara S. Jones
7/28/06