JONES, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/06  dc
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------- x
KINGS ROAD INVESTMENTS LTD.,       :
               Plaintiff,       :       06 Civ. 3433 (BSJ)
              v.       :
                         :       **STIPULATION AND ORDER**
GLOBAL POWER EQUIPMENT GROUP INC.,   :
                         :
             Defendant.       :
----------------------------------------------- x

       WHEREAS, this Court, on July 28, 2006, entered an order pursuant to a

stipulation of the parties, among other things, stating that Kings Road Investments Ltd. will have

until and including September 11, 2006 to file a reply to Defendant Global Power Equipment

Group's opposition to the Motion for Summary Judgment filed by Plaintiff Kings Road

Investments Ltd.;

       WHEREAS, all parties have agreed to extend the time for Plaintiff Kings Road

Investments Ltd. to file a reply to Defendant Global Power Equipment Group's opposition to the

Motion for Summary Judgment until and including October 2, 2006;

       WHEREAS, no previous request was made for an extension;

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties herein, that, subject to approval of this Court, that Plaintiff Kings Road

Investments Ltd. will have until and including October 2, 2006 to file a reply to Defendant

10217559.1

Global Power Equipment Group's opposition to the Motion for Summary Judgment.

Dated: New York, New York
       August 24, 2006

SCHULTE ROTH & ZABEL LLP

By:
    Alan R. Glickman (AG-0927)
    Gregory A. Kasper (GK-6596)
919 Third Avenue
New York, New York  10022
(212) 756-2000

*Attorneys for Kings Road Investments Ltd.*

WHITE & CASE LLP

By:
    Glenn M. Kurtz (GK-6272)
    Andrew W. Hammond (AH-0415)
    Martin S. Bloor (MB-9307)
1155 Avenue of the Americas
New York, New York  10036
(212) 819-8200
*Attorneys for Global Power Equipment Group
Inc.*

SO ORDERED:


Hon. Paul A Crotty, U.S.D.J.  for
      Hon. Barbara S. Jones, USDJ

Dated - 8/30/06

10217559.1