UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/06
```

------------------------------------------------------------x
KINGS ROAD INVESTMENTS LTD.,                :
                Plaintiff,                    :    06 Civ. 3433 (BSJ)
                v.                           :
                                             :    **STIPULATION AND ORDER**
GLOBAL POWER EQUIPMENT GROUP INC.,          :
                Defendant.                    :
------------------------------------------------------------x

       WHEREAS, this Court, on July 28, 2006, entered an order pursuant to a stipulation of the parties, among other things, stating that Plaintiff Kings Road Investments Ltd. will have until and including September 11, 2006 to file a reply to Defendant Global Power Equipment Group's opposition to the Motion for Summary Judgment filed by Plaintiff Kings Road Investments Ltd.;

       WHEREAS, this Court, on August 30, 2006, entered an order pursuant to a stipulation of the parties extending the time Plaintiff Kings Road Investments Ltd. will have to file a reply to Defendant Global Power Equipment Group's opposition to the Motion for Summary Judgment until October 2, 2006; and

       WHEREAS, all parties have agreed to further extend the time for Plaintiff Kings Road Investments Ltd. to file a reply to Defendant Global Power Equipment Group's opposition to the Motion for Summary Judgment until and including October 30, 2006;

10227871.1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that, subject to approval of this Court, Plaintiff Kings Road Investments Ltd. will have until and including October 30, 2006 to file a reply to Defendant Global Power Equipment Group's opposition to the Motion for Summary Judgment.

Dated: New York, New York
September 12, 2006

SCHULTE ROTH & ZABEL LLP

By: _____
Alan R. Glickman (AG-0927)
Gregory A. Kasper (GK-6596)
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for Kings Road Investments Ltd.*

WHITE & CASE LLP

By: _____
Glenn M. Kurtz (GK-6272)
Andrew W. Hammond (AH-0415)
Martin S. Bloor (MB-9307)
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for Global Power Equipment Group Inc.*

SO ORDERED:

_____
U.S.D.J.
9/13/06

10227871.1