UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
KINGS ROAD INVESTMENTS LTD.,                                        :
:
                Plaintiff,                                             :
:
                v.                                                     :   06 Civ. 3433 (BSJ)
:
GLOBAL POWER EQUIPMENT GROUP INC.,                                  :
:
                Defendant.                                             :
:
:
------------------------------------------------------------------- X

**DEFENDANT GLOBAL POWER EQUIPMENT GROUP INC.'S SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF THE AUTOMATIC STAY**

      PLEASE TAKE NOTICE that on September 28, 2006 (the "Petition Date"), Global Power Equipment Group Inc., a defendant in the above-captioned case, and certain of its affiliates (collectively, the "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which chapter 11 cases are being jointly administered under case number 06-11045 (BLS).  A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A".

      PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the commencement of the chapter 11 cases operates as a stay (the "Automatic Stay"), applicable to all of the Debtors, including, without limitation Global Power Equipment Group Inc., of among other things: "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this

title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 U.S.C. § 362(a).

PLEASE TAKE FURTHER NOTICE that actions taken in violation of the Automatic Stay are void and may subject the person or entity taking such action to the imposition of sanctions by the Bankruptcy Court.

If you have any questions regarding this notice, please contact either the undersigned or Matthew C. Brown, White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, 49th Floor, Miami, Florida 33131, Phone: 305-371-2700.

Dated: New York, New York
   October 16, 2006

**WHITE & CASE LLP**

By: /s/ Andrew W. Hammond
  Glenn M. Kurtz (GK-6272)
  Andrew W. Hammond (AH-0415)
  Martin S. Bloor (MB-9307)
1155 Avenue of the Americas
New York, New York 10036-2787
Tel: 212 819 8200
Fax: 212 354 8113

*Attorneys for Defendant Global Power Equipment Group Inc.*

# EXHIBIT A

United States Bankruptcy Court
District of Delaware

**Notice of Bankruptcy Case Filing**



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 09/28/2006 at 5:06 PM and filed on 09/28/2006.

**Global Power Equipment Group Inc.**
6120 South Yale
Suite 1480
Tulsa, OK 74136
Tax id: 73-1541378
*aka*
**GEEG, Inc.**

The case was filed by the debtor's attorney:

**Jeffrey M. Schlerf**
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
usa
302 655-5000

The case was assigned case number 06-11045-BLS to Judge Brendan Linehan Shannon.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David D. Bird**
**Clerk, U.S. Bankruptcy Court**