```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/07 de
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
KINGS ROAD INVESTMENTS LTD.            :

                        Plaintiff,    :        06 Civ. 3433 (BSJ)
                                      :
            v.                        :        **SUSPENSE ORDER**
                                      :
GLOBAL POWER EQUIPMENT INC.,          :
                                      :
                        Defendant.    :
------------------------------------------X
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

On September 28, 2006, the Defendant in this action filed a petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., in the United States Bankruptcy Court for the District of Delaware, thus staying further prosecution of the action in this Court with respect to the Defendant during the bankruptcy proceedings.  It is hereby

ORDERED, that this case be transferred to the Suspense Docket of this Court with leave to either party to apply on (5) days' notice for its restoration to the active calendar of this Court.

The Defendant is directed to advise the Court on December 13, 2007, as to the status of the bankruptcy proceedings.

**SO ORDERED:**

_____
                    **BARBARA S. JONES
            UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
          June 14, 2007

1